**ATTORNEY'S CERTIFICATION OF GOOD FAITH**

I, Pierre Ifill, am an attorney licensed to practice law in the State of Georgia, before the United States Southern District of Georgia and other Federal District Courts.

I am the attorney for the Plaintiff in this case, Notorian Q. Jones, and was counsel for the defense and respondent in the *United States v. Kinchen, et al* and *United States v. 2734 Peachtree Rd NW #C202, Atlanta, GA 30305,* respectfully*,* (collectively "Kinchen") matters that give rise to this motion.

I agree that a reasonable person would be likely, if not almost certain, to conclude that Judge R. Stan Baker's conduct in the *Kinchen* matters, with specificity on the 2734 Peachtree Rd matter and the actions thereafter regarding the 50- page bar grievance was a result of preconceived, extrajudicial notions and pervasive bias based either on race, or on some other external factor having nothing to do with the matters before the Court.

For these reasons, I certify, as counsel appearing on my own behalf in propria persona, that this Motion to Recuse and Affidavit in support thereof are both submitted in good faith. The Motion is certainly and surely not submitted for purposes of delay.